UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John F. Chagnon

   v.                           Civil No. 11-cv-461-JD

US Department of Veterans
Affairs, Secretary

**NOTICE OF RULING**

   Re:   Document No. 5, Motion to Extend Time to
          Object/Respond to Report and Recommendation

Ruling: Granted in part, to the extent that plaintiff shall have 45 days from the date of this order to file an objection to the Order (doc. no. 4) proposing consolidation of the cases and to file an objection to the Report and Recommendation (doc. no. 3). Plaintiff's request for documents is addressed in the Order issued on this date in Case No. 11-cv-474-PB. The motion (doc. no. 5) is denied in all other respects.

                                              _____
                                              Landya McCafferty
                                              United States Magistrate Judge

Date: February 15, 2012

cc: John F. Chagnon, pro se