UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John F. Chagnon

        v.                          Civil No. 11-cv-461-JD

US Department of Veterans Affairs, Secretary, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated January 31, and April 3, 2012.

    SO ORDERED.

April 11, 2012                    */s/ Joseph A. DiClerico, Jr.*
                                     Joseph A. DiClerico, Jr.
                                     United States District Judge

cc:    John F. Chagnon, pro se
       Gretchen Leah Witt, Esq.