UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John F. Chagnon</u>

    v.        Civil No. 11-cv-461-JD

<u>US Department of Veterans Affairs, Secretary, et al.</u>

<u>O R D E R</u>

  The plaintiff has filed a pleading entitled "Motion to Appeal Magistrate Judge McCafferty Ruling of April 3, 2012" (doc. no. 16), which appears to relate to Magistrate Judge McCafferty's order of consolidation dated April 3, 2012.   To the extent the plaintiff intended for this pleading to be an objection to the Magistrate Judge's order as permitted by Fed. R. Civ. P. 72(a), that motion is denied.

  The plaintiff subsequently filed an Emergency Motion for Extension Time 40 Days from April 11, 2012" (doc. no. 17), which appears to be a request to extend the date to file a Notice of Appeal.   The court grants that motion pursuant to Fed. R. App. P. 4(a)(5).   Thus, the plaintiff has until May 23, 2012, to file a Notice of Appeal in this matter.

  SO ORDERED.

April 25, 2012          */s/ Joseph A. DiClerico, Jr.*
               Joseph A. DiClerico, Jr.
               United States District Judge

cc: Gretchen Leah Witt, Esq.
   John F. Chagnon, pro se